IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Anthony Devonte Barbour
Harford County Detention Center
ID# 142-794   5-20-92
P.O. Box 1245
Bel Air, MD 21014
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Harford County Sheriff Office
1030 Rockspring Rd.
Bel Air, MD 21014

*(Full name and address of respondent)*
**Defendant(s).**

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAR 26 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Case No.: CCB-19-897
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

　A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

　　YES ☐　　NO ■

　B. If you answered YES, describe that case(s) in the spaces below.

　　1. Parties to the other case(s):

　　　Plaintiff: _____

　　　Defendant(s): _____

　　2. Court (if a federal court name the district; if a state court name the city or county):

　　　_____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ■   NO ☐

      1. If you answered YES:

         a. What was the result? __Under investigation_____

         b. Did you appeal? _____

            YES ☐   NO ☐

      2. If you answered NO to either of the questions above, explain why: _____
         _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   On February 22, 2019 at about 1340 hrs I was being escorted from bail review back to R-Dorm when I was informed that my cell had been searched and my lunch had been taken. I became upset because I was on

Instructions&Form1983 (06/2016)                                                    Page 7 of 13

Continued on
Attached 1 of 2

a receiving tier and did not have commisary. I then bluntly stated that I was not locking in until I get another lunch. At no time was I being overly aggressive or acting in a threatening manner, I was just hungry. I was told by officers to lock in but made an attempt to walk towards the middle of dayroom when I was grabbed and forcefully pushed by Lt. Howell causing me to spin around, and then I was picked up/flipped over which resulted in me getting a broken rib and another fractured. I was told that I have one hour to eat my lunch after the fact but it is not posted anywhere in the jail nor is it mentioned anywhere in the inmate handbook so I believe Lt. Howell was being unreasonable and acting with excessive force. After I was pushed the first time I held up my hands in surrender but received no mercy. Since the incident I have been put on isolation/lock-up and I have been refused proper medical attention regardless of the constant pain that I am in. All events have been recorded on the dorm cameras. The incident # is 19-0222-899 and is being investigated by Sgt. Ken Perry of Internal Affairs.

IV. Relief
(State briefly what you want the Court to do for you.)

I would like to be compensated for my injuries and being the victim of cruel and unusual Punishment.

SIGNED THIS  22  day of  March , 2019

_Signature of Plaintiff_

ANTHONY DEVONTE Barbour
Printed Name

P.O. Box 1245
Address

443-787-5258
Telephone Number

AnthonyBarbour1319@Gmail.com
Email Address